R. J. Knight, Plaintiff in Error, v. C. W. Bartleson and W.
    K. Bartleson, as copartners under the firm name of C.
    W. Bartleson & Company, Defendants in Error.

### In Banc.

Writ of error to Circuit Court, Marion county; Wil-
liam S. Bullock, Judge.

H. L. Anderson for plaintiff in error.

W. K. Zewadski for defendants in error.

This action was brought by the defendants in error
against the plaintiff in error. There was judgment for the

plaintiffs, and the defendant takes writ of error. Writ of error dismissed, on suggestion of counsel for the defendant in error that the judgment had been paid.